# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| David Lowe, nka Danielle Lowe, ) | CASE NO.:  5:21CV783 |
| ) | |
| Plaintiff, ) | JUDGE JOHN ADAMS |
| ) | |
| v. ) | |
| ) | |
| B&L Transport, Inc., ) | |
| ) | **ORDER OF DISMISSAL** |
| ) | |
| ) | |
| Defendant. ) | |

The parties jointly informed the Court through their status report on January 13, 2022 that this matter had settled.  Therefore, the docket will be marked "settled and dismissed, without prejudice." The parties may submit within thirty (30) days a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case, including dismissal with prejudice, if they deem it necessary.  If approved, the proposed entry shall supplement this order. This Court will retain jurisdiction over the settlement.

IT IS SO ORDERED.


DATED: February 24, 2022         */s/ John R. Adams*
                                 JUDGE JOHN R. ADAMS
                                 UNITED STATES DISTRICT COURT