It is so ordered. This matter is dismissed with prejudice, with each party to bear its own attorneys' fees and costs. s/Judge John R. Adams 3/4/2022

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| DAVID LOWE, nka DANIELLE LOWE | ) | Case No. 5:21CV783 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE JOHN ADAMS |
| v. | ) | |
| | ) | |
| B&L TRANSPORT, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED DISMISSAL WITH PREJUDICE

By stipulation of the undersigned counsel, it is hereby agreed that this action be dismissed in its entirety, with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated this 3rd day of March 2022.

/s/ *Samuel B. Robb*  
Samuel B. Robb, Esq. (0099035)  
**Spitz**  
25825 Science Park Drive, Suite 200  
Beachwood, OH 44122  
Telephone: (216) 291-4744  
Facsimile: (216) 291-5744  
Sam.robb@spitzlawfirm.com

*Counsel for Plaintiff*

/s/ *Kimberly L. Hall*  
Kimberly L. Hall, Esq. (0090677)  
Critchfield, Critchfield & Johnston, Ltd.  
225 N. Market St.  
Wooster, Ohio 44691  
Telephone: (330) 264-4444  
Facsimile: (330) 263-9278  
khall@ccj.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of March 2022, a true and correct copy of the foregoing *Stipulated Dismissal with Prejudice* was electronically filed using the Court's electronic filing system. Notice of filing will be performed by the Court's electronic filing system, and Parties may access the document through the electronic filing system.

/s/*Samuel B. Robb*
Samuel B. Robb, Esq. (0099035)